*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
--------------------------------------------------------X

*In Re:*                                                              *ORDER OF DISMISSAL*
                                                                                  **FOR**
**Tronox Incorporated**                                       *FAILURE TO PROSECUTE*
                                                                      *BANKRUPTCY APPEAL*

--------------------------------------------------------X          21-CV-10933 JPC

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:       RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                        BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/18/2021
APPELLANT: Yulanda Lewis
BANKRUPTCY DOCUMENT #: 9621

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

   _X_ FRBP 8009
   ___ Federal Rules of Civil Procedure (Rule _____)
   _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
   ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **July 8, 2022**                               Vito Genna, Clerk
              New York, New York                       U.S. Bankruptcy Court, SDNY

                                                                    By: _____s/ Anatin Rouzeau_____
                                                                              Deputy Clerk

***ORDER***

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 8___ 20_22_                          _____
              New York, New York                                   Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                                         District Court, SDNY

                                                                    By: _____
                                                                              Deputy Clerk